# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COASTAL CORPORATION LTD., <br><br> v. <br><br> HARVEST KING TRADING USA, LIMITED, et al., <br><br> Plaintiff(s) / Defendant(s) | CASE NUMBER: <br><br> 2:22-cv-02687-DSF-JEM <br><br> **NOTICE OF MEDIATION DATE** |

**YOU ARE HEREBY NOTIFIED THAT THE PANEL MEDIATOR HAS SCHEDULED A MEDIATION IN THE ABOVE-CAPTIONED CASE**

for   January 12, 2023   at   8:00   ☑ a.m. / ☐ p.m.

**LOCATION:**  Via Zoom

> The mediation session must be completed and an ADR-03 Report must be filed on or before the Court-ordered completion date.

Continuances are not favored and can only be granted by the Mediator up to the Court-ordered completion date. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

Dated: September 16, 2022

Panel Mediator: Andrew S. Pauly
Address: Shoreline, A Law Corporation
         1299 Ocean Avenue, Suite 400
         Santa Monica, California 90401-1007
Phone: (310) 451-8001