ANDREW S. PAULY (SBN 90145)
SHORELINE, A Law Corporation
1299 Ocean Avenue, Suite 400
Santa Monica, California 90401-1007
Tel: (310) 451-8001; Fax: (310) 395-5961

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COASTAL CORPORATION LTD.,<br><br>Plaintiff(s)<br>v.<br><br>HARVEST KING TRADING USA, LIMITED, et al.,<br><br>Defendant(s). | CASE NUMBER<br><br>2:22-cv-02687-DSF-JEM<br><br>**MEDIATION REPORT** |

*Instructions: The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1.    ☑  A mediation was held on (date):  January 12, 2023 .

   ☐  A mediation did not take place because the case settled before the session occurred.

2.    The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑  Appeared as required by L.R. 16-15.5(b).

   ☐  Did not appear as required by L.R. 16-15.5(b).

      ☐  Plaintiff or plaintiff's representative failed to appear.
      ☐  Defendant or defendant's representative failed to appear.
      ☐  Other:

3.    Did the case settle?

   ☐  Yes, fully, on _____ (date).
   ☐  Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐  Yes, partially, and further facilitated discussions are **not** expected.
   ☐  No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☑  No, and further facilitated discussions are **not** expected.

4.    If further facilitated discussions are expected, by what date will you check in with the parties?

Dated: January 12, 2023

/s/ Andrew S. Pauly
_____
Signature of Mediator

ANDREW S. PAULY
_____
Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*