Lawrence C. Ecoff, Esq. SBN 143814
Alberto J. Campain, Esq. SBN 204068
**ECOFF CAMPAIN TILLES & KAY, LLP**
A Limited Liability Partnership
280 South Beverly Drive, Suite 504
Beverly Hills, California 90212
Telephone:   (310) 887-1850
Facsimile:   (310) 887-1855
E-mail:   ecoff@ecofflaw.com
           campain@ecofflaw.com

Attorneys for Defendants
HARVEST KING TRADING USA, LIMITED,
THOMAS JAU and PAK LAM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COASTAL CORPORATION LTD. | Case No. 2:22-CV-02687-DEF-JEM |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| HARVEST KING TRADING USA, LIMITED, a California corporation, THOMAS JAU, an individual aka TOM JAU; LAM, an individual; PAK LAM, an individual; DOES 1 through 10, inclusive, | |
| Defendants. | |

1
**PROOF OF SERVICE**

**PROOF OF SERVICE**
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES
*Coastal Corporation Ltd. v. Harvest King Trading USA, Limited, et al.*
Case No. 2:22-cv-02687-DSF-JEM

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 280 South Beverly Drive, Suite 504, Beverly Hills, California 90212. On **January 20, 2023**, I served the forgoing document(s), described as:

1. **NOTICE OF MOTION AND MOTION TO WITHDRAWAL AS COUNSEL OF RECORD FOR DEFENDANTS HARVEST KING TRADING USA, LIMITED, THOMAS JAU AND PAK LAM; AND**

2. **DECLARATION OF LAWRENCE C. ECOFF IN SUPPORT OF MOTION TO WITHDRAWAL AS COUNSEL OF RECORD FOR DEFENDANTS HARVEST KING TRADING USA, LIMITED, THOMAS JAU AND PAK LAM**

on all interested parties to this action, as follows:

☒ **BY MAIL:** By placing ☐ the original ☒ a true and correct copy of said document(s) in a sealed envelope(s) addressed as set forth on the service list herein, sealing it, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the business' practice of collection and processing correspondence for mailing with the United States Postal Service (USPS). Under that practice, it would be deposited with the USPS in Beverly Hills, California, on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT MAIL:** By placing a true and correct copy of said document(s) in an envelope(s) designated by an express service carrier for overnight delivery, with delivery fees and postage prepaid, addressed as set forth on the service list herein, sealing it, and causing it to be deposited on that same day in a box or other facility regularly maintained by the carrier.

☐ **BY PERSONAL SERVICE:** By placing a true and correct copy of said document(s) in an envelope(s) addressed as set forth on the service list herein, sealing it, and delivering by hand to the addressee(s).

☐ **BY EMAIL:** Under statute, rule or court order, or by agreement, by emailing said document(s) to the person(s) as set forth on the service list herein.

☐ **BY FACSIMILE:** Under statute, rule or court order, or by agreement, by faxing said document(s) to the person(s) as set forth on the service list herein.

☐ **BY NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) said document(s) will be served by the Court via NEF and hyperlink to the document(s) or by electronically filing the document(s) on the Court's ECF system.

☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the UNITED STATES OF AMERICA that the foregoing is true and correct.

**SERVICE LIST:**

Thomas Jau
725 W. Duarte Road, #1581
Arcadia, CA 91007

Pak Lam
725 W. Duarte Road, #1581
Arcadia, CA 91007

Harvest King Trading USA, Limited
Attn: Thomas Jau
725 W. Duarte Road, #1581
Arcadia, CA 91007

DATED: January 20, 2023

/s/ Jennifer Yoon
Jennifer Yoon