UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-2687-DSF (JEMx) | Date | January 31, 2023 |
|---|---|---|---|
| Title | Coastal Corporation Ltd v. Harvest King Trading USA, Limited et al | | |

| Present: The Honorable | **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE** |
|---|---|

| C. Howard | ZOOM/CS01312023 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| K. Tom Kohan | Alberto Campain |
| Kohan Law Firm | Ecoff Campain and Tilles LLP |

**Proceedings:** **(MINUTES - IN CHAMBERS) ORDER RE PLAINTIFF'S APPLICATION FOR ISSUANCE OF RIGHT TO ATTACH ORDER (Docket No. 21)**

The matter was called. Parties stated their appearances. Court heard oral argument. Application is now under submission.

cc: All Parties

| | : | 10 |
|---|---|---|
| | Initials of Preparer | ch |