K. Tom Kohan (CA BAR NO.: 225420)
KOHAN LAW FIRM
1310 Westwood Blvd., 2nd Floor
Los Angeles, California 90024
Tel: (310) 349-1111
Fax: (888) 476-7010
Email: tom@kohanlawfirm.com

Attorneys for Plaintiff
COASTAL CORPORATION LTD.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COASTAL CORPORATION LTD.<br><br>Plaintiff<br>vs.<br><br>HARVEST KING TRADING USA, LIMITED, a California corporation; THOMAS JAU, an individual aka TOM JAU; LAM LAM, an individual; PAK LAM, an individual; DOES 1 THROUGH 10, INCLUSIVE<br><br>Defendants. | CASE NO. 2:22-cv-02687-DSF-JEM<br><br>**OPPOSITION OF PLAINTIFF COASTAL CORPORATION LTD. TO DEFENDANTS' COUNSEL'S MOTION TO WITHDRAW (DKT 24)**<br><br>**Hearing Date: February 27, 2023**<br>**Time: 1:30 p.M.**<br><br>**Judge: Hon. Dale S. Fischer** |

OPPOSITION TO MOTION TO WITHDRAW

{02636365.1}

Defendants' counsel is attempting to be granted permission to withdraw from the representation of three defendants. Two of the defendants are individuals and can be permitted to proceed in this action pro se. However, one defendant, namely Harvest King USA Limited, is a corporation and must be represented by counsel licensed to practice law before this Court.

Plaintiff therefore respectfully requests that in the event the Court is inclined to grant Defendants' counsels' motion to withdraw as to Harvest King USA Limited, that the Court set an Order to Show Cause within 3 weeks of the hearing date of the instant motion regarding representation of Defendant Harvest King USA Limited.

Date: February 21, 2023                              Respectfully submitted,

KOHAN LAW FIRM

By: /s/ K. Tom Kohan
K. Tom Kohan, Esq.
Attorneys for Plaintiff
COASTAL CORPORATION LTD.

1